1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON, Esq. (SBN 318680)
2  REIN & CLEFTON, Attorneys at Law
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:    510/832-5001
4  Facsimile:    510/832-4787
   info@reincleftonlaw.com
5
   Attorneys for Plaintiff
6  MARVA SAMUEL

7  BRIAN P. MASCHLER, CA STATE BAR NO. 111248
   GORDON REES SCULLY MANSUKHANI LLP
8  275 Battery Street, Suite 2000
   San Francisco, CA 94111
9  TELEPHONE: (415) 986-5900
   FACSIMILE: (415) 986-8054
10 bmaschler@grsm.com

11 ATTORNEYS FOR DEFENDANTS
   SOLAR SWIM & GYM, HTET AUNG,
12 AND WINT LWIN

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 MARVA SAMUEL,                        CASE NO. 4:19-cv-05785 HSG
                                        <u>Civil Rights</u>
17        Plaintiff,

18        v.                            **SECOND STIPULATION AND
                                        ORDER TO CONTINE GENERAL
19 SOLAR SWIM LLC dba SOLAR SWIM        ORDER 56 DEADLINE TO
   & GYM; HTET AUNG; AND WINT           COMPLETE SITE INSPECTION**
20 LWIN,
                                        Action Filed:  September 16, 2019
21        Defendants.

22

23                          **<u>STIPULATION</u>**

24        Plaintiff MARVA SAMUEL ("Plaintiff") and Defendants SOLAR SWIM LLC dba

25 SOLAR SWIM & GYM; HTET AUNG; AND WINT LWIN ("Defendants") – Plaintiff and

26 Defendant together the "Parties" – hereby stipulate and request that the Court extend the deadline

27 for the Parties to conduct a joint site inspection of the subject premises under General Order 56 to

28 March 10, 2020.  This second request for an extension of time of the General Order 56 site

                                   - 1 -

1  inspection deadline is based on the following good cause:

2      1.  Plaintiff filed this action on September 16, 2019. Dkt. No. 1.

3      2.  Plaintiff filed a First Amended Complaint in this action on December 17, 2019.  Dkt.

4          No. 13.

5      3.  Defendants filed an Answer to Plaintiff's Complaint on January 13, 2020. Dkt. No. 18.

6      4.  The parties have worked cooperatively in the spirit of General Order 56 to exchange

7          relevant information.

8      5.  Defendants filed a motion for substitution of defense counsel on January 7, 2020.  Dkt.

9          No. 14. Prior to the official substation of attorney for Defendants, the Parties filed a

10         stipulation to extend the deadline for the joint site inspection pursuant to General Order

11         56 until February 28, 2020.  Dkt. No. 15.

12     6.  Now that the new defense counsel has entered the case, the parties have met and

13         conferred, and the first date that all necessary parties are available for the General

14         Order 56 site inspection is March 10, 2020.

15     7.  Therefore, the parties jointly stipulate and request that the Court continue the deadline

16         to complete a General Order 56 site inspection to March 10, 2020.

17  **IT IS SO STIPULATED.**

18  DATED:  February 4, 2020                    REIN & CLEFTON

19
                                               By: */s/ Aaron Clefton*
20                                             AARON CLEFTON, Esq.
                                               Attorneys for Plaintiff
21                                             MARVA SAMUEL

22  DATED: February5, 2020                     GORDON REES SCULLY MANSUKHANI LLP

23

24                                                */s/ Brian Machler*
                                               BRIAN MASCHLER
25                                             Attorney for Defendants
                                               SOLAR SWIM LLC dba SOLAR SWIM & GYM;
26                                             HTET AUNG; and WINT LWIN

27  //

28  //

- 2 -

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on February 5, 2020, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Brian P. Maschler in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

STIP AND [PROPOSED] ORDER TO EXTEND DEADLINES
CASE NO. 4:19-cv-05785 HSG

1    **<u>ORDER</u>**

2           Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

3    The deadline for the parties to complete the site inspection under General Order 56 is hereby

4    continued to March 10, 2020.

5

6    Dated: 2/6/2020

     Honorable Haywood S. Gilliam, Jr.

7    U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -