1 PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
2 REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
3 Oakland, CA 94612
Telephone: 510/832-5001
4 Facsimile: 510/832-4787
info@reincleftonlaw.com
5
Attorneys for Plaintiff
6 MARVA SAMUEL

7 BRIAN P. MASCHLER, CA STATE BAR NO. 111248
GORDON REES SCULLY MANSUKHANI LLP
8 275 Battery Street, Suite 2000
San Francisco, CA 94111
9 TELEPHONE: (415) 986-5900
FACSIMILE: (415) 986-8054
10 bmaschler@grsm.com

11 ATTORNEYS FOR DEFENDANTS
SOLAR SWIM & GYM, HTET AUNG,
12 AND WINT LWIN

13 UNITED STATES DISTRICT COURT

14 NORTHERN DISTRICT OF CALIFORNIA

| MARVA SAMUEL, | CASE NO. 4:19-cv-05785 HSG |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | **THIRD STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| SOLAR SWIM LLC dba SOLAR SWIM & GYM; HTET AUNG; AND WINT LWIN, | |
| Defendants. | |

## STIPULATION

Plaintiff MARVA SAMUEL ("Plaintiff") and Defendants SOLAR SWIM LLC dba SOLAR SWIM & GYM; HTET AUNG; AND WINT LWIN ("Defendants") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

- 1 -

| | | |
|---|---|---|
| DATED: April 29, 2020 | | REIN & CLEFTON |

By: */s/ Aaron Clefton*
AARON CLEFTON, Esq.
Attorneys for Plaintiff
MARVA SAMUEL

DATED: April 29, 2020                          GORDON REES SCULLY MANSUKHANI LLP

    */s/ Brian Maschler*
BRIAN MASCHLER
Attorney for Defendants
SOLAR SWIM LLC dba SOLAR SWIM & GYM;
HTET AUNG; and WINT LWIN

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 29, 2020, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Brian P. Maschler in the filing of this document.

    */s/ Aaron Clefton*
Aaron Clefton

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2020

_____
Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge