1   PAUL L. REIN, Esq. (SBN 43053)
2   AARON M. CLEFTON, Esq. (SBN 318680)
    REIN & CLEFTON, Attorneys at Law
3   200 Lakeside Drive, Suite A
    Oakland, CA  94612
    Telephone:     510/832-5001
4   Facsimile:     510/832-4787
    info@reincleftonlaw.com
5
6   Attorneys for Plaintiff
    MARVA SAMUEL
7
    BRIAN P. MASCHLER, CA STATE BAR NO. 111248
8   GORDON REES SCULLY MANSUKHANI LLP
    275 Battery Street, Suite 2000
9   San Francisco, CA 94111
    TELEPHONE: (415) 986-5900
10  FACSIMILE: (415) 986-8054
    bmaschler@grsm.com
11
    ATTORNEYS FOR DEFENDANTS
12  SOLAR SWIM & GYM, HTET AUNG,
    AND WINT LWIN

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16  MARVA SAMUEL,                        CASE NO. 4:19-cv-05785 HSG
                                         Civil Rights
17          Plaintiff,

18          v.                           THIRD STIPULATION AND
                                         [PROPOSED] ORDER FOR DISMISSAL
19  SOLAR SWIM LLC dba SOLAR SWIM        WITH PREJUDICE
    & GYM; HTET AUNG; AND WINT
20  LWIN,

21          Defendants.

22

23                          **STIPULATION**

24  Plaintiff MARVA SAMUEL ("Plaintiff") and Defendants SOLAR SWIM LLC dba SOLAR

25  SWIM & GYM; HTET AUNG; AND WINT LWIN ("Defendants") – Plaintiff and Defendant

26  together the "Parties" – hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court

27  order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

28  **IT IS SO STIPULATED.**

                                    - 1 -

DATED:  April 29, 2020                     REIN & CLEFTON


                                           By:  */s/ Aaron Clefton*
                                           AARON CLEFTON, Esq.
                                           Attorneys for Plaintiff
                                           MARVA SAMUEL



DATED: April 29, 2020                      GORDON REES SCULLY MANSUKHANI LLP

                                              */s/ Brian Maschler*
                                           BRIAN MASCHLER
                                           Attorney for Defendants
                                           SOLAR SWIM LLC dba SOLAR SWIM & GYM;
                                           HTET AUNG; and WINT LWIN




                              **FILER'S ATTESTATION**

       Pursuant to Local Rule 5-1, I hereby attest that on April 29, 2020, I, Aaron Clefton,

attorney with Rein & Clefton, received the concurrence of Brian P. Maschler in the filing of this

document.

                                           */s/ Aaron Clefton*
                                           Aaron Clefton

STIP AND [PROPOSED] ORDER TO DISMISS
CASE NO. 4:19-cv-05785 HSG

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

4  Dated:  4/30/2020

Honorable Haywood S. Gilliam, Jr.

5  U.S. District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER TO DISMISS
CASE NO. 4:19-cv-05785 HSG